**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

February 14, 2022

<u>**VIA ECF**</u>
Honorable Paul A. Engelmayer
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *United States v. Luis Gamez, et al. (Jose Luis Martinez Rosario)*
      **21-cr-148 (PAE)**

Dear Judge Engelmayer:

I am writing this letter on behalf of my client, Jose Luis Martinez Rosario to request that Avrom Robin stand in for me tomorrow on Mr. Rosario's behalf. I am unable to appear in person because I am in Florida taking care of a family member. Mr. Rosario has successfully proffered for a safety valve and will be ready to schedule a plea hearing as soon as I return next week. I apologize for the late notice.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Meredith Heller*

Meredith S. Heller, Esq.

Cc:   A.U.S.A. Kedar Bhatia (via ECF)
      Avrom Robin, Esq. (via email)
      Jose Luis Martinez Rosario (via email)

---

**GRANTED.** The Court wishes counsel well in the care of her family member. The Clerk of Court is requested to terminate the motion at Dkt. No. 91.

SO ORDERED.

2/15/2022

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge