Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

June 13, 2022

**VIA ECF**

Honorable Paul A. Engelmayer
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *United States v. Luis Gamez, et al. (Jose Luis Martinez Rosario)*
      **21-cr-148 (PAE)**

Dear Judge Engelmayer:

I am writing this letter on behalf of my client Jose Luis Martinez Rosario to request an adjournment of Mr. Martinez Rosario's sentencing date, currently scheduled for June 29, 2022. I request an adjournment of 30 days for the following two reasons. Firstly, I am scheduled to be on trial before the Honorable Sidney H. Stein, in U*nited States v. Mircea Constantinescu, Nikolaos Limberatos, and Alexandru Radulescu*, 19-cr-651 (SHS), which is scheduled to start on June 27, 2022. My client in that matter is Mircea Constantinescu. Secondly, I request the adjournment because I am recovering from COVID, and was ill for almost 3 weeks. I am now in the process of trying to make up for the time I lost. The government, through A.U.S.A. Kedar Bhatia, consents to this request.

Very truly yours,

*/s/ Meredith Heller/*

Meredith S. Heller, Esq.

Cc:   A.U.S.A. Kedar Bhatia (via ECF)

**GRANTED.** Sentencing is adjourned to August 3, 2022 at 11:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases.
The Clerk of Court is requested to terminate the motion at Dkt. No. 119.

SO ORDERED.

6/14/2022

_____
PAUL A. ENGELMAYER
United States District Judge