**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

July 15, 2022

**VIA ECF**

Honorable Paul A. Engelmayer
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**RE:**   *United States v. Luis Gamez, et al. (Jose Luis Martinez Rosario)*
            **21-cr-148 (PAE)**

Dear Judge Engelmayer:

I am writing this letter on behalf of my client Jose Luis Martinez Rosario to request an adjournment of Mr. Martinez Rosario's sentencing date, currently scheduled for August 3, 2022.

This adjournment is requested because I have been caring for a family member in Ohio. I also had a two-week trial before Judge Stein (*United States v. Mircea Constantinescu, et al. (Mircea Constantinescu)*, 19-cr-651), that involved voluminous discovery and required a tremendous amount of preparation.

The government, through A.U.S.A. Kedar Bhatia, consents to this request.

Therefore, I respectfully request a sentencing adjournment of Mr. Martinez Rosario's sentencing until September 2, 2022, or a time convenient to the Court.

Very truly yours,

*/s/ Meredith Heller/*

Meredith S. Heller, Esq.

Cc:   A.U.S.A. Kedar Bhatia (via ECF)

---

**GRANTED.** Sentencing is adjourned to September 12, 2022 at 11:45 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 128.

7/18/2022

SO ORDERED.

*/s/ Paul A. Engelmayer/*
PAUL A. ENGELMAYER
United States District Judge