Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

September , 2022

**VIA ECF**
Honorable Paul A. Engelmayer
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *United States v. Luis Gamez, et al. (Jose Luis Martinez Rosario)*
      **21-cr-148 (PAE)**

Dear Judge Engelmayer:

I am writing this letter on behalf of my client Jose Luis Martinez Rosario to request an adjournment of Mr. Martinez Rosario's sentencing date, currently scheduled for October 14, 2022.

This adjournment is requested because, as your Honor is aware, I have been caring for my mother in Ohio. We are still working on moving her a senior facility in the next several weeks. I will need to be in Cleveland to assist with her care for much of the months of October and November. I will be back in New York and available during the following times:

November 1 at any time;
November 2 before 12:00;
November 3 before 12:00;
November 4 at any time;
November 7 after 12:00;
November 8 at any time; and
November 9 at any time.

The government, through A.U.S.A. Kedar Bhatia, consents to this request.

Therefore, I respectfully request a sentencing adjournment of Mr. Martinez Rosario's sentencing until the first two weeks of November, or a time convenient to the Court.

Very truly yours,

*[signature: Meredith Heller]*

Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

Meredith S. Heller, Esq.

Cc:   A.U.S.A. Kedar Bhatia (via ECF)

**GRANTED.** Sentencing is adjourned to November 7, 2022 at 2:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 142.

9/29/2022

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge