Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

October 28, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

> **RE:** *United States v. Luis Gamez, et al. (Jose Luis Martinez Rosario)*
> **21-cr-148 (PAE)**

Dear Judge Engelmayer:

I am writing this letter to apologize to the Court for missing the filing date for Mr. Martinez Rosario's sentencing memorandum, which was due on October 24, 2022. I mis-calendared the date. On behalf of my client Jose Luis Martinez Rosario I respectfully request a week adjournment of Mr. Martinez Rosario's sentencing date, currently scheduled for November 7, 2022, until November 14, 2022. In the alternative, if your Honor would prefer to keep the scheduled date, please permit me to submit my sentencing memorandum on Monday, October 31, 2022, one week in advance of the sentencing date.

The government, through A.U.S.A. Kedar Bhatia, consents to this request.

Therefore, I respectfully request a sentencing adjournment of Mr. Martinez Rosario's sentencing for one week or, in the alternative, leave to file Mr. Martinez Rosario's sentencing memorandum one week before sentencing. I apologize again for my mistake and any inconvenience it has caused.

Very truly yours,

*[signature]*

Meredith S. Heller, Esq.

Cc:   A.U.S.A. Kedar Bhatia (via ECF)

---

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 147.

SO ORDERED.                                    10/28/2022

*[signature]*
PAUL A. ENGELMAYER
United States District Judge