

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2023

**BY CM/ECF**
The Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Luis Gamez et al.*, 21 Cr. 148 (PAE)

Dear Judge Engelmayer:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/ Kedar S. Bhatia
Kedar S. Bhatia
Assistant United States Attorney
212-637-2465

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 177.

9/25/2023
SO ORDERED.

*Paul A. Engelmayer* (signature)

PAUL A. ENGELMAYER
United States District Judge